438 A.2d 637

Commonwealth v. Jackson a/k/a Pino a/k/a
Jefferson, Appellant.

Submitted March 2, 1981.
Robert Lee Moore, Assistant Public Defender, for appellant;
George C. Yatron, District Attorney, for Commonwealth,
appellee.

Before CERCONE, P. J., and WICKERSHAM and BRO-
SKY, JJ.

The judgment of sentence of the lower court is affirmed.

438 A.2d 637

Commonwealth v. Krajci, Appellant.
Petition for Allowance of Appeal Denied Jan. 15, 1982.

Argued December 5, 1980. Brian
R. Williams, for appellant; Mark S. Gurevitz, Assistant
District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

Judgment of sentence affirmed.

HOFFMAN, J., concurred in the result.